**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Marie Fe Simmons, and**</u>
<u>**William J. Simmons, Sr.**</u>
       **Plaintiffs,**
v.                                                        **CIVIL ACTION 1:11-11441-GAO**

<u>**Celeste S. Royce and**</u>
<u>**Seacoast Affiliated Group Practice, Inc.,**</u>
       **Defendants,**

**JUDGMENT OF DISMISSAL**

<u>**O'Toole D.J.**</u>

In accordance with the proceedings held before Judge George A. O'Toole, Jr. at the April 23rd, 2014 Status Conference the case is hereby dismissed for lack of prosecution.

<u>**4/25/2014**</u>                                                                   **By the Court,**
**Date**

                                                                                     <u>**/s/Christopher Danieli**</u>
                                                                                     **Deputy Clerk**